# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) ) No. 1:20-cv-1974-SEB-TAB |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JUNGCLAUS-CAMPBELL CO., INC., an Indiana domestic for-profit corporation, | ) ) ) |
| Defendant. | ) ) |

## AGREED ORDER OF DISMISSAL

The parties having so stipulated, the above-captioned cause of action is hereby dismissed with prejudice for the audit period January 1, 2016 through March 31, 2020. Each party will bear its own respective attorney's fees and costs without reimbursement.

s/ Donald D. Schwartz
Donald D. Schwartz
Arnold and Kadjan, LLP
35 East Wacker Drive, Suite 600
Chicago, IL 60601

Attorney for Plaintiffs

s/ James M. Boyers
James M. Boyers
Wooden McLaughlin LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208

Attorney for Defendant

Dated: _____     _____
                                                                    JUDGE, United States District Court